# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| J & J Sports Productions, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00470-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Julio Gonzalez Villegas, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 21, 2016 Order.

July 21, 2016

Frank G. Johns, Clerk
United States District Court